BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:11-cr-00373 AWI |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; FINDINGS AND ORDER |
| v. | |
| KETKEO VORASANE and CHANH VORASANE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for the filing of in limine motions today and filing any response on October 11.

2. By this stipulation, the parties move to continue the in limine motions schedule, since the parties are continuing to negotiate. In addition, the defense has been advised that the government intends to file a Superseding Indictment should plea negotiations break down.

3. The parties agree and stipulate, and request that the Court find that the continuance is justified to pursue plea negotiations or present additional charges to the grand jury. The parties

1

further request that the in limine motion schedule be continued for filing of such motions on October 24 and filing any responses on October 31.  The trial confirmation shall remain the same, November 5.

     IT IS SO STIPULATED.

DATED: October 3, 2012.    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: October 3, 2012.

/s/ Jon Renge
JON RENGE
Counsel for Defendant Ketkeo Vorasane

DATED: October 3, 2012.

/s/ Barbara O'Neill
BARBARA O'NEILL
Counsel for Defendant Chanh Vorasane

**O R D E R**

IT IS SO ORDERED.

Dated:  October 4, 2012

CHIEF UNITED STATES DISTRICT JUDGE

2