BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-cr-00373 AWI |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | |
| KETKEO VORASANE and CHANH VORASANE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for trial on November 27 and for the filing of in limine motions today and the filing of any response on October 31.

2.      By this stipulation, the parties agree to stay the in limine motions schedule and vacate the current trial date in order to conduct further investigation, to engage in further plea negotiations, to avoid a Superseding Indictment, and to accommodate the schedule of Mr. Renge, counsel for Defendant Ketkeo Vorasane, who has been and will be in trial for the next several weeks. Since the parties are continuing to negotiate.

1

3.     The parties agree that the current trial confirmation date of November 5 will be converted to a status conference hearing.

IT IS SO STIPULATED.

DATED:        October 24, 2012.        Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney


/s/ Karen A. Escobar_____
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:        October 24, 2012.


/s/ Jon Renge _____
JON RENGE
Counsel for Defendant Ketkeo Vorasane

DATED:        October 24, 2012.


/s/ Barbara O'Neill_____
BARBARA O'NEILL
Counsel for Defendant Chanh Vorasane

**O R D E R**

IT IS SO ORDERED.

Dated:   October 25, 2012        _____
                                CHIEF UNITED STATES DISTRICT JUDGE

2