BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>         v.<br><br>CHANH VORASANE,<br><br>              Defendant. | 1:11-cr-00373 AWI<br><br>STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status conference on January 7, 2013, at 10 a.m.

2.     By this stipulation, Defendant now moves to continue the status conference to conduct further investigation, to engage in further plea negotiations, to avoid a Superseding Indictment, and to reach a potential resolution  and to exclude time between January 7, 2013, and February 11, 2013.  Plaintiff does not oppose this request.

3.     The parties agree to continue the status conference to February 11, 2013, at 10 a.m.

1

4. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 7, 2013, to February 11, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:     December 19, 2012.          Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney


                                       /s/ Karen A. Escobar_____
                                       KAREN A. ESCOBAR
                                       Assistant United States Attorney

DATED:     December 19, 2012.

                                       /s/ Barbara O'Neill_____
                                       BARBARA O'NEILL
                                       Counsel for Defendant Chanh Vorasane

**O R D E R**

IT IS SO ORDERED.

Dated:   December 20, 2012

_____
UNITED STATES DISTRICT JUDGE